AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────────────────────────── DISTRICT OF ───────────────────────────

Charter Communications Entertainment
I, LLC d/b/a Charter Communications

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Richard Gariepy

**04-40261 FDS**

TO: (Name and address of defendant)

Richard Gariepy
65 James Street
Barre, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                               12-22-04
CLERK                                      DATE

_Sherry Jones_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                                         01/03/2005

I hereby certify and return that on 12/30/2004 at 01:25pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to RICHARD GARIEPY at 65 JAMES ST, BARRE, MA. Fees: Service 20.00, Travel 13.44, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $43.94

Deputy Sheriff Robert J Zoppo

*(signature)*
Deputy Sheriff

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                 Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.